united States District Court
District of Massachusetts

Steven R Drury   plaintiff              )          CA .No .03 -11422-MLW

                                        )          Emergency
The New England Regional Council Of     ) Motion to Remand
Carpenters  Carpenters local 107 Thomas  Harrington ,) State court and
Art  Sisco , Simon James  and Kennedy & Rossi Inc ) jurisdiction

---

Now Comes the plaintiff  Steven R Drury  in propria persona to Demand the court to
remand this case back to state jurisdiction  and to refuse the petition
by the defendants respectfully due to the following  reasons

1 The Defendants use Notice of Removal file 7 /30/03 to stop the plaintiffs on going
hearing in state court on a preliminary injunction  to heard on 08 /01/03
2 The Plaintiff never received notice of appearance form any of the lawyers AND does not
wave his jurisdiction rights under law
nor was any notices of appearance file with the state court or federal
3 The plaintiff states for the record that there is a state agreement which provides for the
jurisdiction of the state court which the plaintiff is signatory as a member of the union
4 due to no filed  appearances on record at the time the plaintiff objects to
any and all motions filed
5  The plaintiff  cause summons and notice to be served to all defendants  whom received
such 07/28 , and 07/29 / 03 who disregard such and cancel the
schedule preliminary injunction hearing  in state court  using the notice of removal to wit
cancel such hearing while the defendants play golf and took the day off  given by one of
the defendants Tom Harrington
6 the plaintiff could not respond due to there was no appearance filed  nor could the
plaintiff give tracking order for the superior court as it did not arrived
7 the plaintiff objects to the jurisdiction of the federal court  because he can not see any
federal jurisdiction over the subject matter  or venue or himself
8 There s a schedule hearing on 08/25/03 on the matter of jurisdiction in the State superior
court as the plaintiff file a objection motion 08/01 /03 day of the hearing for the injunction
and the court has not remanded jurisdiction to the federal court as yet
9 The plaintiff objects to federal jurisdiction due to the fact that all signatory contractors
operate and practice there business under and without federal jurisdiction and within the
state of Massachusetts  That the defendants hold a agreement under state jurisdiction
which the plaintiff id a party to by membership in the brotherhood of carpenters

Proof of service

I Steven R Drury did fax and sent by US mail and cause a copy of this document to be sent to the defendants lawyers on 08/15/03 being to Aaron .D Krakow & Souris LLC , 225 friend Street , Boston , Ma , 02114 and Holland & Knight LLP 10 st james avenue Boston , ma . 02116 on this day 08/15 / of the year 2003

Steven R Drury

2 of 2

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET# **WOCV2003-01065**

RE: **Drury v New England Regional Council of Carpenters et al**

TO: Steven Roland Drury
    18 Drury Lane
    Templeton, MA 01468

## NOTICE TO APPEAR FOR MOTION HEARING

The Court will hear argument on the motion(s) referenced below

**Motion/Hearing: miscellaneous**

**Motion to Deny the Removal of Defendants to Federal Court**

Counsel should appear as follows:

DATE: **08/25/2003**
TIME: **02:15 PM**
LOCATION: **Rm 18 (Session B)**

Dated at Worcester, Massachusetts this 5th day of August, 2003.

BY:

Francis A. Ford,
Clerk of the Courts

Denise D. Foley
Assistant Clerk

Telephone: 508-770-1899, Ext. 129 or Ext. 108 (Session Clerk)

*Check website as to status of case: http://ma-trialcourts.org/tcic*
cvchrgmot_2.wpd 159937 hrgmot williams

**Commonwealth of Massachusetts**
**County of Worcester**
**The Superior Court**

CIVIL DOCKET # **WOCV2003-01065**

RE: **Drury v New England Regional Council of Carpenters et al**

TO: Steven Roland Drury
    18 Drury Lane
    Templeton, MA 01468

## TRACKING ORDER - A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 08/28/2003 |
| Response to the complaint filed (also see MRCP 12) | 10/27/2003 |
| All motions under MRCP 12, 19, and 20 filed | 10/27/2003 |
| All motions under MRCP 15 filed | 08/22/2004 |
| All discovery requests and depositions completed | 07/18/2005 |
| All motions under MRCP 56 filed and heard | 09/16/2005 |
| Final pre-trial conference held and/or firm trial date set | 01/14/2006 |
| Case disposed | 05/29/2006 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.**

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session B sitting in **Rm 18 (Session B) Worcester Superior Court.**

Dated: 06/04/2003

BY:

Location: Rm 18 (Session B)
Telephone: 508-770-1899, Ext. 129 or Ext. 108 (Session Clerk)

Francis A. Ford,
Clerk of Courts

Denise D. Foley
Assistant Clerk

Check website as to status of case: http://ma-trialcourts.org/tcic
949029 inidoc01 rodrigue