united States District Court
District of Massachusetts

Steven R Drury   plaintiff          )          CA .No .03 -11422-MLW

                                    )          Emergency Motion
The New England Regional Council Of          ) address Conflict of
Carpenters  Carpenters local 107 Thomas  Harrington ,) Interest
Art  Sisco , Simon James  and Kennedy & Rossi Inc )

---

Now comes the plaintiff Steven R Drury to demand of the court to rule on a conflict of interest to wit : the lawyer firm  Krakow & Souris  for defendants  Tom Harrington , Art sisco , Simon James  are in conflict with the plaintiff  Steven R Drury a member in the brotherhood of carpenters under NERCC . Steven R Drury member in good standing pays dues (working  and membership ) to wit may be used to pay for the the defendants lawyers

 issue 2  ,the defendant lawyers  firm  Krakow & Souris  may have Drafted the very contract the plaintiff works under  this would cause a conflict of interest to the plaintiff feels he may be paying for though dues  for the defendants lawyers  also  the contract agreement which covers the plaintiff  would cause  a conflict of interest as they may be called as witness to explain the terms and meaning  of the contract

The plaintiff see this as the defendants represent  both , the buyer and seller or in this case the worker under the contract and the plaintiff . the plaintiff feels that the contract agreement in which the plaintiff is signatory  is vague in its terms  right form the beginning of its drafting  and state so  to his union

The plaintiff feels by allowing the defendants lawyer Krakow & Souris  to represent the interest would be unfair to the plaintiff if the court permits this  and that the plaintiff has and is being damage due to the terms in said contract  the lawyer  may be included as defendants

the plaintiff request form the court  that the defendants lawyers  be dismiss due to conflict of interest and as the court to rule on this matter respectfully

Proof of service

I Steven R Drury  did cause by fax and U.S Mail  to serve upon the defendants lawyers this document  a copy of to Aaron .D Krakow & Souris LLC 225 friend St. , Boston , Ma 02114 and copy to Holland & Knight LLP 10 St. James avenue , Boston , Ma 02116 on this day of 08/15/03

Steven R Drury