UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN DRURY,

          Plaintiff,

v.

THE NEW ENGLAND REGIONAL
COUNCIL OF CARPENTERS,
CARPENTERS LOCAL UNION NO.
107, THOMAS HARRINGTON, ART
SISKO, SIMON JAMES, and
KENNEDY & ROSSI, INC.,

          Defendants.

C.A. NO. 03-11422-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Paul M. James and Douglas W. Phillips on behalf of defendant Kennedy & Rossi, Inc. in the above-referenced matter.

          Respectfully submitted,

          KENNEDY & ROSSI, INC.
          By its attorneys,

          HOLLAND & KNIGHT

          _____
          Paul M. James (BBO # 552342)
          Douglas W. Phillips (BBO # 636197)
          10 St. James Avenue
          Boston, Massachusetts 02116
          (617) 523-2700

Dated: August 13, 2003

## CERTIFICATE OF SERVICE

I, Paul M. James, hereby certify that I caused a copy of the foregoing to be sent this 13th day of August, 2003, to Steven Drury, 18 Drury Lane, Templeton, MA 01468 and Christopher N. Souris, attorney for defendants New England Regional Council of Carpenters, Carpenters Local Union No. 107, Thomas Harrington, Art Sisko and Simon James

                                                Paul M. James

BOS1 #1363990 v1