UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN DRURY,<br><br>               Plaintiff,<br>v.<br><br>THE NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, CARPENTERS LOCAL UNION NO. 107, THOMAS HARRINGTON, ART SISKO, SIMON JAMES, and KENNEDY & ROSSI, INC.,<br><br>               Defendants. | C.A. NO. 03-11422-MLW |

## ASSENTED TO MOTION BY KENNEDY & ROSSI, INC. TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Kenney & Rossi, Inc. respectfully moves for leave to extend its time to respond to the complaint in this matter until September 12, 2003. In support of its motion, defendant states as follows:

1. Plaintiff served the complaint on defendants July 25, 2003 and, under the current schedule, Kennedy & Rossi, Inc.'s response to the complaint is due on August 14, 2003.

2. Counsel for Kennedy & Rossi, Inc. is in the process of gathering the factual information needed to respond to the plaintiff's allegations and, additional time is needed to prepare a proper response.

3. The undersigned has consulted with the plaintiff and counsel for the other defendants, who have consented to extending the time of Kennedy & Rossi, Inc. to respond to the complaint until September 12, 2003.

Respectfully submitted,

KENNEDY & ROSSI, INC.
By its attorneys,

HOLLAND & KNIGHT

_____
Paul M. James (BBO # 552342)
Douglas W. Phillips (BBO # 636197)
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

Dated: August 13, 2003

## CERTIFICATE OF SERVICE

I, Paul M. James, hereby certify that I caused a copy of the foregoing to be sent this 13th day of August, 2003, to Steven Drury, 18 Drury Lane, Templeton, MA 01468 and Christopher N. Souris, attorney for defendants New England Regional Council of Carpenters, Carpenters Local Union No. 107, Thomas Harrington, Art Sisko and Simon James

_____
Paul M. James

BOS1 #1363983 v1

# HOLLAND & KNIGHT LLP

10 St. James Avenue
Boston, Massachusetts 02116

617-523-2700
FAX 617-523-6850
www.hklaw.com

Annapolis
Atlanta
Bethesda
Boston
Bradenton
Chicago*
Fort Lauderdale
Jacksonville
Lakeland
Los Angeles
Miami
New York
Northern Virginia
Orlando
Portland
Providence
St. Petersburg
San Antonio

San Francisco
Seattle
Tallahassee
Tampa
Washington, D.C.
West Palm Beach

International Offices:
Caracas**
Helsinki
Mexico City
Rio de Janeiro
São Paulo
Tel Aviv**
Tokyo

*Holland & Knight LLC
**Representative Office

August 13, 2003

**PAUL M. JAMES**
617-573-5825
pjames@hklaw.com

***By Hand***

U.S. District Court, District of Massachusetts
United States Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

    Re:    Steven Drury v. The New England Regional Council of Carpenters, Carpenters Local Union No. 107, Thomas Harrington, Art Sisko, Simon James, and Kennedy & Rossi, Inc.
<u>USDC District of Massachusetts C.A. No. 03-11422-MLW</u>

Dear Sir or Madam:

    Enclosed please find:

1. Assented to Motion by Kennedy & Rossi, Inc. to Extend Time to Respond to Complaint; and

2. Notice of Appearance.

    Thank you for your assistance.

                        Sincerely,

                        Paul M. James

PMJ/jmm
Enclosures
cc:    Christopher N. Souris, Esq.
       Mr. Steven Drury
       Robert V. Lizza, Esq.
       Gretchen Hamilton, Esq.
       Douglas W. Phillips, Esq.

BOS1 #1364000 v1