*Docket #* — *please file*

United States District Court
District of Massachusetts republic (Boston)
Civil Docket For the case # : 1 03 -cv-11422-mlw

Steven R Drury
plaintiff
Vs
The new England Regional Council of Carpenters, et. al

Now comes the plaintiff Steven R Drury "in propria persona" to advise the clerk of courts and record keepers of his status as a citizen natural born Steven Roland Drury whom is in porpria persona and petition the court over the entries in the docket are not correct as to nature of the case, amount, the demand for payment is listed NONE
The objection, the demand for payment is to be decided by jury base on damages / or one million

related case listed says none
the objection is by the plaintiff this case was removed by Defendants lawyer Aaron D Krakow form state court so there is a related case filed
the objection is by plaintiff the case was file under Massachusetts civil rights issues

the objection is that listed on decket states case filed for LMDA (not correct)
that listed on docket nature of case 730 labor (not correct)
objection is by plaintiff is its civil rights case and bleach of contract, labor contract issue

after reading these entrees I feel this record should be corrected at once

Steven R Drury  _[signature]_  08/17/03

All Rights Res, Constitutional and MGL, civil.

Please NOTE I CAN NOT AFFORD TO TRAVEL To Boston plaintiff, Request the Cant. Hold Hearing IN Worcester as well as the trial venue be, heard there The plaintiff has Right to the court to be near as close as possable, to him plaintiff objects to Boston venue

_[signature]_ Steven R Drury