United States district Court
District 1 boston ma.

FILED
IN CLERKS OFFICE
2003 AUG 25 P 3: 31
U.S. DISTRICT COURT
DISTRICT OF MASS.

case # ~~03-11422~~ 11422 MLW

| | | |
|---|---|---|
| Steven Roland Drury | ) | Motion to preserve |
| plaintiff | ) | all document for |
| | ) | Discovery |
| Vs | ) | |
| The New England Regional Council of Carpenters, | | |
| Carpenters local 107, Tomas Harrington, | | |
| Art Sisko, Simon James, and | | |
| Kennedy and Rossi, Ing / owner | | |
| Defendants | | |

Now Comes plaintiff Steven R Drury " in propria persona, and in forma pauperis to state the following to demand the court to preserve all docment related to the subject matter and to cause to be deliver to the planitiff all documnets form all parties (defendants) as to list below under rule 26 MGL  depositions and discovery and place or persons who have custody of such documents there Identity and address

local 107 carpenters union hall
1 Special Contract agreement as to condistion of employment for members in and with all signatory Contractors for the years 1999 to the present 2003 not includeing the standing Agreement printed for 2001 - 2005
2 Any and all documents held by local 107 as to the following
 1local 107 documents and or rules as to fair dispatch system and to whom it applys
 2 disciplinary documents for the years 1996- 2003 for and includeing ONLY the planitiff or on his behalf
 3 all cost documents for lawyers paid fees and to whom paid the fees
 4 all tangible Information form stevenb r drury sent to e-board at local 107 for suggestion on changing the contract wording in year of 2000 to 2003

5 work records and all tangible documnets and materials on file under Steven R Drury held by local 107

local 107 cont.

6 all transcipts on meeting with the e-board requested by steven R Drury

7 all transcipts for union meeting form 1999 to 2003

8 is question please inform the plaintiff to all lawyer,s & legal firms that created , the Carpenters argeement for the year 2001- 2005

9 all records interptation held by the firm Krakow & Souris concerning the agreement contract as to signing all federal and state require forms and to wit what they are

Kenndey and rossie

1 please cause to copy all w-4 , check stub, I-9 forms, for the years 2000 to 2001 any and all policy form the company place before a employee and or any other document tangible as to Steven R Drurys (planitiff) employment in the years 2000 to 2001

date 08/25/03

4 I Steven R Drury hereby certify that I cause a copy of the foregoing documents to be sent on 08/22/03 to the following by fax and by letter united States district in Boston ,Holland & knight att for Kennedy and Rossi 10 St. James St. Boston , ma and krakow & Souris, llc 225 friend St. Boston ma, 02114 for the union and art sisco Simon James , tom Harrington local 107 and in there own by us mail Crete  IN HAND
TO LAWYERS @ WSCH
ON 08/25/03

Steven R Drury
18 Drury lane
Templeton , Ma 01468