United States District Court.
District one Boston MA

FILED
IN CLERKS OFFICE
2003 AUG 25 P 4:09
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Docket # 1:03 cv 11422 MLW

Drury v The England Regional Council of Carpenters et al
Kenndey & Rossi, Art Sisco, Tom Harrington, Simon James

Doc. # 03-11422 MLW

MOTION TO Remand
Venue TO
Worcester US Cant
House.

Now Comes Steven Roland Drury "in proprius persua" and in Forma pauperis to Demand the Cant. Remand ALL Hearings and Entrys to the Worcester U.S. Cant House. The plaintiff. CAN NOT AFFORD TO Travel TO Boston FOR Hearing's ect. Also plantiff. Controls Venue to his location as a matter of law plantiff Request Due to Hardship to Remand ALL Hearing in Worcester.

plantiff Also Reseveds ALL His Commonlaw Rights and jurisdiction not his person. In all motion File AND contirri none to cart jurisdiction the plaintiff is Answering the motions File By Defendants Lawyer's As Of The 25, OF Avg plantiff Has not Reived and Ansewers plaintiff Address is As follows

Steven R Drury
18 Drury Lane
Templeton MA, 01468

plantiff address

proof of service

I Steven R Drury did sent by US. Mail this motion to detendant. Lawyers Krakow E Souris, LLC. 225 Friend St, Boston MA. 02114 Holland E Knight, LLP. 10 st James st Boston MA, 02116.