United States District Court
District of Massachusetts

Steven Roland Drury )
     vs )
The New England Regional Council )
Of Carpenters Carpenters Local 107, )
Thomas Harrington Ant sister )
Simon Jones and Kennedy & Rossi )

FILED
IN CLERKS OFFICE
2003 AUG 25 P 4:09
U.S. DISTRICT COURT
DISTRICT OF MASS

CA NO. 03-11422 MLW

~~Emergency~~ preliminary
Motion ~~preliminary~~
Injunction

DATE 08/25/03

Now Comes the plantiff, securing All his Rights Given none, in propria persona sui juris. Demanding the Cant to Held A Hearing For preliminatery Injunction "Ex parte" Request in Worcester united States Cant House Due to Hardship the plantiff can not travel to Boston For Any Hearing Due to money issue, Lack of work ect ok if the Cant takes jurisdiction to Allow A Hearing Forwith, in worcester MA As soon As possable

Steven R C——
Steven R Drury