united States District Court

District of Massachusetts republic

Steven Roland Drury       plaintiff

VS

Civil action #03 11422-mlw

Defendants

The New England regional Council of Carpenters,

Carpenters local 107 Mr. Art Sisko (in his personal compacity)   **Motion for Time**

Simon James (and his personal compacity)   **Enlargement**

Thomas Harrington (in his personal compacity)

Kennedy & Rossi, Ing and owners (not known)

---

Now Comes Plaintiff (Mr Steven Roland Drury In propria persona, sui juris) to ask the court for a extention of time to perpare materials and labor to give responce to the defendants and to the court. Planitiff reserves all commonlaw rights and Constitutional rights and waves none. Plaintiff reserves jurisdiction over his person and the past acts of the defendants which happened in the jurisdiction of the State of Massachusetts by the said defendants, still on going to date.

The plaintiff requests this honable court for time enlargement under rule 6 FCJPR To all the fileing by defendants to date being, Motions to dismiss, (all other motions) Arguments, claims, Opposition, jurisdiction, venue, rules, or answers or motions to remend motions file by the plaintiff due to rule voilations 7.1 and 81.1 which are in oppostion to the plaintiff. The plaintiff is not a lawyer or member of the bar

The plaintiff asks this honorable Court for consideration due to his not owning rule books at that time.

The plaintiff request for time was on this day of 09/15/03 within the 14 days given and request a 45 day enlargement of time due to his ( stricti juris) to provide law/ or regulations on the subject matter and to allow reasonable time to provide particular interpretation of the subject matter under the courts consideration. This is an absolute requirement after reading the defendants answers and motions.

The plaintiff also request a time limit or documents requirement on fileing form the court as to case

Rule 7.1 issue

The plaintiff also ask the court as to the rule 7.1 be removed as court can allow The plaintiff allowed a enlargement of time to the defendants lawyers at the last min. There exuse was they were on vacation AS of 09/15/03 plaintiff called the lawyers for the defendants and can not reach Souis nor wants to argue with the lawyers repectfully Mr phillips who acts and has legal authority to act for the defendants would not do so therefor the planitiff request Time to allow him by the court to give responce

---

Proof of Service

I Steven Roland Drury did serve a true and correct copy of the Motion for Time Enlargment, by united States mail to Douglas Phllips, 10 St James Ave. Boston, MA 02116; representation for Kennedy & Rossi, and Christopher Souris, 225 Friend St, Boston, MA 02114; representative for New England Region of Carpenters local 107, Thomas Harrington, Art Sisco and Simon James on this __15_____ day of September, 2003. and was sent by fax on 09/15/03

CC copy Fed Court.

2 OF 3

Steven Roland Drury  _____/s/ StR Drury_____

c/o 18 Drury lane

Templeton , massachusetts republic  federal zone info only [ 01468]