united States District Court

District of Massachusetts republic

Steven Roland Drury    plaintiff

VS

Defendants

The New England regional Council of Carpenters,

Carpenters local 107 Mr .Art Sisko (in his personal compactly )

Simon James (and his personal compactly )

Thomas Harrington (in his personal compactly )

Kennedy & Rossi , Ing and owners ( not known )

FILED
IN CLERKS OFFICE

2003 SEP 19 A 11: 58

Civil action # 03 11422-mlw

U.S. DISTRICT COURT
DISTRICT OF MASS

**Motion to Amendment**

**Complaint**

---

Now Comes Plaintiff (Mr Steven Roland Drury In propria persona , sui juris )

to ask the court for a extension of time to prepare materials the court for a extension of

time to prepare materials the court for a extension of time to prepare materials

the court for a extension of time to prepare materials Plaintiff reserves all common-law

rights and Constitutional rights and waves none.

Plaintiff reserves jurisdiction over his person and the past acts of

which happened in the jurisdiction of the State of Massachusetts republic

The Plaintiff comes now under rule 15 of the FCJPR To amend his complaint to

comform and to include Evidence and other assertions

and to include , To Clarify damages , ect his pleading in his complaint to support this

the court has not given a

Date and the parties are within the 20 day limit after being served The defense has stated that the complaint does not allow relief to which a responsive answer can be met

The plaintiff Not being a member of the bar nor a license lawyer invokes rule 15 on this date (09/18/03 ) Plaintiff request the court that his amended complaint will be within the 45 days enlargement file , with other matters and statement under the rule of law

.the plaintiff shall amend his complaint pleading to comply with united States Constitution due to the defendants moving the case to federal court

Plaintiff also demands venue be place in the city of Worcester plaint can not afford to go to Boston for hearing Plaintiff is looking for work and refuse referrals form his union therefor he has no money to allow him travel expense

Proof of service

I Steven Roland Drury hereby certify that I cause a copy of the forgoing to be sent on this day 09/18/03 by uS mail to upon the defendants Krakow & Souris , llc 225 friend St. Boston Ma, 02114 and Holland & Knight 10 St. James St., Boston , ma 02116 and to the Federal court in Worcester and Boston by mail

Steven R Drury

c/o 18 Drury lane

Templeton , Massachusetts , republic

federal zone # inf. only [ 01468]