# KRAKOW & SOURIS, LLC

ATTORNEYS AT LAW
225 FRIEND STREET
BOSTON, MASSACHUSETTS 02114

74

AARON D. KRAKOW
CHRISTOPHER N. SOURIS*

GERALD A. FELD
OF COUNSEL

*ALSO ADMITTED IN NEW YORK

October 28, 2003

TELEPHONE (617) 723-8440
TELECOPIER (617) 723-8443
TOLL FREE (888) 628-8200

MARK G. KAPLAN
COLIN R. CONFOEY
OF COUNSEL

United States District Court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Steven Drury v. New England Regional Council of Carpenters, et al
C. A. No. 03-11422-MLW

Dear Sir/Madam:

Enclosed please find certified copies of the docket and the record of the case from the Worcester County Superior Court.

Thank you for your attention to this matter.

Very truly yours,

Mary K. Ebert

Mary K. Ebert for
Christopher N. Souris

Encs.
C: Steven Drury
   Douglas Phillips