United States District Court

From Steven Roland Drury )
18 Drury lane
Templeton , ma
Oct. 29/2003

C.A. no 03-11422-MLW

Notice of Harassment Non compliance statements

To United States district court
office of the clerk
1 court house way , suite 2300
Boston , ma 02210

to The court :
This letter is to inform the court that because of the attorney resent mail returns , refusing to accept mail and lack of documents sent by mail required in such statements as in Oct. 28 2003 letter by Krakow & souris to wit : " Enclosed please find certified copies of docket and records of the case in Worcester superior court . when no such documents are present or enclosed
and the fact that due to money issue and long distance costs and the fact that the plaintiff is not a attorney
         (in Law ) No further mail will be accepted by plaintiff, form defendants if not by reg. mail
No further phone calls will be accepted to his mother home
No further talks under rule 7.1 will be allowed due to the facts plaintiff doesn't wish to address he
         defendants lawyers unless in court The plaintiff feels there is a complete brake down
         in all communication and control in his case
the defendants lawyers are acting , not in good faith plaintiff demand no contract other then " in court "
form the lawyers for the defense Plaintiff still objects to the following issue 1-5

1 jurisdiction of subject matter being federal issue
2 venue (in Boston )
3 dismissal of his case motion
4 preliminary injunction dismissal in state court and cost
5 jurisdiction in-law of the federal court
                              proof of service
This letter was sent by fax and by uS mail to the united states court in the above address a copy was fax to the defendants lawyers and will be sent by uS mail on this day Oct. 29 2003 by Steven R Drury

_[signature]_ Oct. 29 2003
Steven Roland Drury

copy sent
@ court
@ Douglas w phillips