# UNITED STATES DISTRICT COURT
# BOSTON, MASSACHUSSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Steven Roland Drury<br>**"Plaintiff"** | ) Case Number:<br>) 03-11422mlw<br>)<br>)<br>)<br>) |
| *vs* | ) |
| The New England Regional Council of Carpenters<br>Local 107, Thomas Harrington,<br>Art Sisko, Simon James, and Kennedy and Rossi Inc. | ) Motion to suppress<br>) use of "Natgun "<br>) Documents by defence<br>) |

## "Defendants"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Now comes plaintiff who sucures all his commonlaw rights and wave none to demand of the court to surpress all Natgun documents or allow the whole record to be introduce There however is a gag order on the record in case of Natgun settlement and the court must remove it plaintiff ask the court to surpress all defence use of Natgun documents If the defendants lawyers wish to use such documents to support a dismissal The plaintiff wishes the court have all the information to judge upon <u>not small part</u> of only one ruleing ,

what the defendants lawyers are trying to do is dismiss this case by cause the court to rule on past cases when not all the informtion is present and the plaintiff is not allowed to bring the issue up due to a gag order The plaintiff means to suppress the issue and subject matter and jurisdiction and use of any and all Natgun documents or be allowed too reintroduce the whole case and settlement so as the court can inturped the standing fairly plaintiff ask the court to not cause this law suit to be ended

The plaintiff wishes and demand trail by jury that a hearing be schedule and that plaintiff be allowed to verbally reintroduce on all the state issue in the record and fileing in state record now in federal court to be reintroduce as timely and that the docket and schedule be sent to the plaintiff as to schedule and times limits ect as the plaintiff has no document on this matter form the cleck of courts

The plaintiff is not a lawyer lic or member of the bar The plaintiff comes before the court to question its jurisdiction and to file this motion at all times the plaintiff is In propria persona and reseveds his constitutional rights

## Proof of service

I, Steven R Drury, on this day of Nov. 13, 2003 now certify that I caused a true and correct copies of the forgoing to be sent on the above date here shown to Douglas Phillips, Holland & Knight, 10 James St., Boston MA 02116 and Krakow and Souris 255 Friend St Boston, MA 02114 and the Federal District Court, Boston MA, by USPS regular mail.

Steven Roland Drury 11/13/03