UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC -2  A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVEN DRURY, | )<br>) |
| Plaintiff, | )<br>) |
| V. | ) C.A. NO. 03-11422-MLW<br>) |
| THE NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, CARPENTERS LOCAL UNION NO. 107, THOMAS HARRINGTON, ART SISKO, SIMON JAMES, and KENNEDY & ROSSI, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNION DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO SUPPRESS

The Union defendants attached to their memorandum in support of their motion to dismiss a copy of the opinion of a Superior Court in a separate case filed by plaintiff against another employer dismissing Massachusetts Civil Rights Act claims that are substantially identical to the claims that he has asserted in this case. According to plaintiff, there is some sort of "gag order" in effect concerning that opinion. The undersigned is entirely unaware of any form of order or agreement governing the use of that decision, and plaintiff has produced noting to support such an assertion. To the undersigned's knowledge, the decision was not appealed.

In any event, defendants submitted the decision on a very minor matter. As defendants argued in connection with both their motion to dismiss and plaintiff's motion to remand, plaintiff's MCRA claims against the Union defendants are completely preempted by federal labor law. Defendants attached the decision from the earlier Superior Court case, in

which the Union was not a party, only to indicate that, even if they were not preempted, plaintiff's claims under the MCRA are entirely baseless.

Wherefore, plaintiff's motion to suppress and for other relief should be denied.

Date:   December 1, 2003

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440
Facsimile: (617) 723-8443

Attorney for defendants New England Regional Council of Carpenters, Carpenters Local Union No.107, Thomas Harrington, Art Sisko and Simon James

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail this 12th day of September, 2003 to Steven R. Drury, 18 Drury Lane, Templeton, MA 01468 and Douglas W. Phillips, Holland & Knight, 10 St. James Street, Boston, MA 02116.

Christopher N. Souris

2