UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC -2  A 11: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEVEN DRURY,

    Plaintiff,

V.

THE NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, CARPENTERS LOCAL UNION NO. 107, THOMAS HARRINGTON, ART SISKO, SIMON JAMES, and KENNEDY & ROSSI, INC.,

    Defendants.

C.A. NO. 03-11422-MLW

## UNION DEFENDANTS' MOTION TO DEFER RESPONSES TO VARIOUS FILINGS

The Union defendants in this matter, the New England Regional Council of Carpenters, Carpenters Local 107, Thomas Harrington, Simon James, and Arthur Sisko, respectfully request permission to defer filing responses to the various materials that plaintiff has submitted and appears likely to continue to submit to the Court until after the Court has ruled on the pending motions to remand and to dismiss.

Plaintiff originally filed his action in state court and defendants removed it to this Court. Currently pending before the Court, among a variety of other matters, are plaintiff's motion to remand and both defendants' motions to dismiss.

Plaintiff, who is proceeding pro se, in the meantime has been filing a steady stream of papers with the Court. Most if not all of the matters that appear to be raised in those papers can and should be raised at a case management conference in the event that the Court denies the motions to remand and to dismiss.

Accordingly, the Union defendants respectfully request permission to defer responding to any additional matters filed by plaintiff until the Court rules on the pending motions to remand and to dismiss and, depending on the Court's rulings, the proper management of this case can be discussed with the Court and plaintiff at a scheduling conference. If the Court feels that a response to something in particular submitted by plaintiff would be beneficial, the Union defendants, of course, will promptly provide one.

### Rule 7.1 Certification

The undersigned certifies that he attempted to confer with plaintiff in a good faith effort to resolve or narrow the dispute.

Date:   December 1, 2003

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street,
Boston, MA 02114
(617) 723-8440
Facsimile (617) 723-8443

_____
Attorney for defendants New England Regional Council of Carpenters, Carpenters Local Union No.107, Thomas Harrington, Art Sisko and Simon James

### CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be sent by first class U.S. mail this 12th day of September, 2003 to Steven R. Drury, 18 Drury Lane, Templeton, MA 01468 and Douglas W. Phillips, Holland & Knight, 10 St. James Street, Boston, MA 02116.

_____
Christopher N. Souris