UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-11422-MLW

STEVEN DRURY,

                 Plaintiff,

v.

THE NEW ENGLAND REGIONAL
COUNCIL OF CARPENTERS,
CARPENTERS LOCAL UNION
NO. 107, THOMAS HARRINGTON,
ART SISKO, SIMON JAMES, and
KENNEDY & ROSSI, INC.,

                 Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please be advised that Douglas W. Phillips hereby withdraws his appearance as attorney for defendant, Kennedy & Rossi, Inc., in the above-captioned matter.

                                           Douglas W. Phillips (BBO # 636197)
                                           Holland & Knight LLP
                                           10 St. James Avenue
                                           Boston, Massachusetts 02116

Dated: March 3, 2004            (617) 523-2700

# 567612_v2

*I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on March 5, 2004 by Mail*

*Deborah J. Cornim*