UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN DRURY,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, CARPENTERS LOCAL UNION NO. 107, THOMAS HARRINGTON, ART SISKO, SIMON JAMES, and KENNEDY & ROSSI, INC.,<br><br>Defendants. | CIVIL ACTION NO. 03-11422-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney on behalf of the defendant Kennedy & Rossi, Inc. in the above-captioned matter.

Dated: March 5, 2004

Liam T. O'Connell (BBO # 558249)
Holland & Knight LLP
10 St. James Avenue
Boston, Massachusetts 02116
(617) 523-2700

# 1713000_v1

*I hereby certify under the pains and penalties of perjury that this document was served upon counsel for all parties in this case on March 5, 2004 by first class Mail.*

Deborah A. Cooper