subtitle C and its chapter .

**Braking News** There is also a report release from GAO on statutory authority relating to W-4 issue

 see GAO report # o3-913R reliability of IRS 's from W-4 information *states, verbatim , Under current law , IRS does not have statutory authority to impose a penalty to enforce employers compliance with the reporting requirement The reporting requirement was promulgated in treasury regulation* **there is no law that requires a natural born Citizen to sign W-4 ! its voluntary and when executed becomes a legal contract**

---

–

**1. Defendants claim Plaintiff case is barred from statute of limits**  due to a mistake cause now printed in the civil docket  29 : 04 01 labor management disclosure act  was never the issue by plaintiff only in part this case is civil rights case and wrongful discharge and lack of duty by union reps supervisors who fail to represent plaintiff member  the docket must be corrected  to include jury demand , and other matter in open court

**2. Defendants claim Plaintiff doesn't agree with carpenters agreement**
8. The Plaintiff  does not contest the carpenters agreement Art 8 section 5 and agrees in what the statement says,  however,  the Defendants have reinterpreted the meaning to include such documents as W-4 and I-9 and SSA numbers,   which is not addressed in wording of agreement.  The Defendants must show mandatory proof  that such documents W-4 and SS#'s  apply to the Plaintiff. that the plaintiff does not have a right to not sign such government document and is force to sign such under the vague

wording of the agreement

The statement in Art 8 section 5 is said to allows/ required by or under law, but the question is to whom and to what documents  apply ? as no documents have been stated in the wording  The Plaintiff did file a grievance even a request to change at the time of new contract the wording  with the union carpenters local 107 all that being hid and not release , whereby the document was scorned and ridiculed not given any creditability,  nor was a hearing given. (no action was ever taken by said union)  all good faith Plaintiff took the course to  the next step and filed with NLRB  whereby they had no jurisdiction on the subject matter I -9,w-4.  ss# ,  and the EEOC was given notice and they gave the same response even as they had case law plaintiff feels the subject matter is very HOT  and governmental < however there was held  no jurisdiction  based upon the W-4 issue. I -9 or SS#  (The Defendants lawyers are very wrong in their pleading and in  claiming Plaintiffs conclusions are baseless and without reasonableness  when  it is established in the  title of  26 IRC under CFR Section 1-1441-5 under subtitle A chap 3, income taxes ,citizen can give statement to employer.  This is redirection,  also see   publication 515  yr. 2000. (being at the time )  see a statement of citizenship given to your employer so forth instruction to be followed  ect, to wit the Plaintiff's  own forms were attempted to satisfy  the code.   The code  allows documents to be given to Kennedy and Rossi,  as the Plaintiff tried  but their agents refused and attempted to compel Plaintiff to sign W-4 and I-9 forms and give SS#.  Said Defendants all work in concert and whereby the union was and did stand by signatory  and  not the member Plaintiff,  was  allowed him to be discharged  in violation of his Constitution Bill of Rights  By laws of the carpenters union  NERCOC &  local 107 and its agents  as well as  the collective  bargaining   agreement, by laws of union

and laws of the MGL of the state of the commonwealth of Massachusetts republic.    The Plaintiff asked( at that time)  to be  provided with  the law that would require him to sign the documents (W-4 , I-9 ,& submit SSA numbers and give  to private employers)  this would agree with the wording and rights of the Plaintiff under Art 8 section 5 of the Carpenter agreement. Plaintiff has asked for such law but never received such law  that would require Plaintiff to sign a W-4.  The Defendants in their pleading cite  3402 ( f) ( 2) ( A) where by the lawyers state this is Mandatory,   however that is not true.   The lawyers have failed  to represent  and or state the  whole issue, and, who or whom  the regulation applies too.  The Defendants have only cited half of the half truths as stated by the regulation. or  CFR  Plaintiff shall prove this  along too that a SS# is not required to work in the 50 states of the union and that citizen voluntary to be covered employees under the SSA act , and that under  title 26 CFR at 301.6109-1(b) (2) ( i) (ii) (iii) and (iv) wording  starting with:

**every person required** is very important to whom the regulation is referring also see to wit :  < **to foreign persons , non resident , persons who make returns ect...** There is no law that require s a citizen of one of the 50 states in the union of the united States of America to have or execute or  have to have a SS#  to work with in the states of union ,  unless that citizen elects to be a covered employee under the SSA act < those taxes  are voluntary under subtitle C employment taxes and are collected by the IRS.   As to the pleading of the lawyers for the Defendants they would suggest that it is mandatory to have to have a SS# to work in the united States / 50 states of union , and that a " person " would have to fill out a from SS5 if no number was assigned to such  person , however this is not true , and is a falsehood

given to the court as fact. Plaintiff wants to have the definition of the word
" person " or" employee" or United States, or " state "in the code be
addressed to understand the terms used by such words within the IRC code,
CFR , or USC. The terms and definitions of any law and its jurisdiction
must be applied to execute The written law. Words are defined in most
laws as to their meaning within the law, or reg. < as to SSA numbers , see
USC title 42 @ 405 (c) (2) (b) (l) (l) and (ll) as to (ll) **To any individual
who is an applicant, seem to suggest that an applicant is not mandatory
act.** Also see under 26 CFR 31 .6011 (b) -2 (a) (1) and ( b) (1) however
pleading of the Defendants are not true as to given the terms and meaning of
the code and are twisted to support the Defendants bogus pleading. Take
Section IRC Sec. 6011- starts off stating , " **Every person liable** 6001 /or
6011" **When required** ", all these statements **leaving open are the**
**exception to the rule** all IRS codes and CFR **must be read** in a **4 corner**
**doctrine** and **not taken out of context** but read as whole , as the lawyers for
the Defendants have presented to the court just context in part , which is not
correctly presented. The codes stated by Defendants "The pleadings.for
dismissal " are wrong , Defendants are misleading the court. When the
Defendants lawyers include 3402 regs they must include 3402 (p) and 3402
(n) as well . These regulations hold the exception to the rule, and because
the forms W-4 are voluntary withholding agreement and can be canceled by
the employer or the employee , the latter can not be said to be required or
mandatory for all . The withholding agreement and too whom has liability
under IRC Sec 7701, is defined. withholding agent whom files 2678 form
with the IRS The liability is stated to in other regulations, as to whom ,
keeping in mind Subtitle A AND Subtitle C taxes are two separate and

different taxes AND should be a question for the jury to whom it applies ?
The lawyers for Defendants claim is correctly applied to Plaintiff . The
Plaintiff rejects this and dismissal this as to facts and asks the court to
allow the Plaintiff his right to jury trial. on this question alone . The
lawyers for the Defendants should know the whole law and that it must be
read not just in part and to do so represents not the true facts.
What plaintiff fears is happening is the Defendants are creating falsehoods
before the court as facts. leaving out parts that must be read into subtitles and
chapters There is no mandatory application of IRC under subtitle C unless
a citizen has applied for SSA number or volunteers to withhold for benefits
There are some citizens who are not required. Question is to whom subtitle
C applies too? Is it voluntary ? To citizen and non citizens alike ? , and
too whom is it voluntary or mandatory under IRC subtitle C? This is a
question that must be put to the jury or court. however Subtitle C, answer
the question which is voluntary, is answered under Title USC 42 section
405.... *for such citizen and non citizen is shown above here cited in the
regulations , first who , citizen, non citizen must elect to have a number
SS# and must agree under 3402 (f) (2) (a) to withhold funds or so called
taxes ,which are really contribution to the SSA act.* The Defendants
reasoning regardless of the nature and position of the Defendants lawyers as
they suggest SSA is Mandatory in pleading is not true The fact is any
withholding must be agreed to by the owner of such property ( wages /or
earning ) and only then is the employer given the responsibility to collect
such from workers property ( legal contract sign by said employee /citizen )
however if the employer forces the employee or takes the
( earning ) this would become a violation of law, called **"conversion "**.

Plaintiff also objects to be in class of an "employee "status under the code of common law status , and does not wave his 5th amendment rights under the U.S Constitution When in fact the right to work and to own and control Plaintiff's property is well founded in law.   Also see what "Income" is....see **Eisner Vs Macomber 252 US, 189 (1919)** *income is define as gain if there is no gain there is no income* **Conner Vs United States 303 F. supp .1187 (1969)** The notion that wages are one element of exchange is brought out in **Coppage Vs Kansas 238 U.S. 1 (1914) and in Adkins Vs Children hospital  261 U.S. 525 (1923)** set *the nature of the exchange being an "Equivalence", wages are not profit or sharing in gain of the company as to the right to work is a fundamentally constitutional guaranteed right.* **see Allgeyer Vs State of Louisiana 165 U.S. 5578 (1897) .**

When the union is refusing Plaintiff the same option as other members who have referrals to work, this has violated Plaintiffs understanding of being represented by the union agents or reps   his right to be treated fair within the union dispatch system, is stated   to wit the right to work being withheld and this being withheld from him for over 2 1/2 years seems to be punishment given by said agents who are not working for him but now against Drury due to Drury  standing upon this issue at hand. being force to place his signature upon government documents not voluntary  but under contract by said  Carpenter Agreement  as stated in defendants pleadings art 8 section 5 however the plaintiff doesn't agree that the union has the authority to required him to sign government contracts or to punish plaintiff for Not compiling  also keeping in mind **Wyeman Vs deady 79conn 414 (1906)** case law site's union agents withholding work form said member in good standing  when all union  Defendants knowingly have been ask for relief by

Drury . Drury would have liked to be consider for employment but now
seems to be ban   or more then less "blackballed" and due to this standing
by Drury  Which Defendants state is  not legal standing and argue this whole
matter is allowed or  included  under union  Agreement for  Carpenters  ,
NERCOC  id far form being legal issue in fact its is very unlawful and very
wrong and the plaintiff hopes and prays that the members are informed of
this and all are discharge at once

---

## 1 NO sign affidavit to support Defendants
## 2 Plaintiff plans to call lawyer firm as witnesses

 1 please note there are no affidavit sign by any defendants supporting the
defendants pleading or  lawyers issues before the court as agreement
also 2  plaintiff objects to lawyers Krakow , Souris , Birmingham  defending
defendants in personal  capacities , while plaintiff  dues pays for defendants
lawyers , firm ,

plaintiff will call and  plans to call the lawyer  firm as witness  this will affect
the privilege documents held by firm / plaintiff strongly objects to defendants
lawyers  being paid by plaintiff dues  and collection form union

—

## Established  1-9 INS From

**The I-9 form from the immigration reform and control act of 1986**
established an employment verification system pursuant to employers who
are defined under the executive order. 1 this is no constitutional base to
demand any citizen has to obey a executive order , 2   This Act lacks
jurisdiction over the citizen within the state of Massachusetts republic  and is
unconstitutional

 3 Under the rights given by the founders to restrict work liberty  and even to
insist upon signature. or information is unconstitutional duty to citizen   For
the right to pursue such liberty as work is well fix in the constitution and this
act is nothing more then a Citizen Id restriction. redirection to duty bounded
4 The law is created under the jurisdiction of duty of the federal government
over those they control by INS  and thereby including only those who are
under USC title 8 immigration laws;  5  A native born citizen of the state of
Massachusetts republic ( such being Mr. Drury the Plaintiff ) has personal
liberty and private property rights and having looked over the terms and
condition of the law, 1324 a ,  274a CFR, Plaintiff finds no requirement to
place any private information upon this document. or compels a private
employer within the state to perform such duty as to sign I-9 form out
6 After reading the law Plaintiff finds that this law  forces employers to fill
out the from I-9 and or  aliens  and  Nationals,  in particularly /or  non
citizens

or citizen under duty of the INS, to fill in top half  whom may be  allowed to

work under such legal status. in fact its very confusing just who is who ?
compelling under the federal law but ,7 Plaintiff sees it to be **voluntary in nature** due to **the form says so !!!** 8 Steven Roland , Drury being a native born citizens in the state of Massachusetts republic. I see no jurisdiction to sign a federal form ! 9 sense I work with the state of Massachusetts and Massachusetts has not wave its jurisdiction rights of its Territory or private lands which may be form time to time job sites under construction 10 Further There is no law under the state of Massachusetts that would restrict the state" native citizen" to not be allowed to work unless he or she provides the INS , I-9 and SSA information to employer 11 Such documents are voluntary to citizenry and jurisdictional nature of federal enclave which does not apply. within the 50 states of union 12 If one looks at the instructions to the I-9 form one can plainly see that this form and its required documentation is primarily applied to "migrant" / "immigrant" or agricultural workers.as define upon the I-9 document

13 The law under U.S Code is Unwinding the sophistry , to wit ; 8 USC 1324 (a) and its regulation CFR 274 could not be found or understood at the time of hire by any said employee , 14   Fact:  Two(2) USC title books must be read in concert to find too whom it properly applies. The question again should be placed before the court or jury. 15 The Plaintiff feels he already has a unalienable right to enjoy, acquire and possess property which is protected under the Art. 1 of Declaration of Rights in the Massachusetts


Constitution and U.S Constitution and its the terms found in federal law support this. 16 Again setting forth the restriction in law, we must interpret ;

see 8 USC 1324 a (a) (7) for the purpose of this section the term "**Entity**" includes an entity in any branch of the federal government, 17 not the Plaintiff who works domestically within the state of Massachusetts republic. 18 Further the term "**person** " statutory definition exists at 8 USC 1101.   We find as used in subchapters I and II of [this chapter] (3) terms "**person** "

**AND**

means an **individual or organization.** 18 We now know the definitions shown pivots to be on 2 words  which need to be define also.

19 The term **person** or other **entity** in 1324 (a) does embrace an **agricultural association , agricultural employer , or farm labor contractor ,** as defined in section 1802 of the title 29 USC.   20, Due to the nexus with the federal government,  must we consider  is there a nexus ? 21 The terms are found in 8  USC  Ss 1101  the term " **state** " means district of Columbia , Puerto Rico , Guam, and virgin islands of the United States. 22 The terms used in this law restrict the jurisdiction to federal enclaves, lands and territories own by the United States Corporation or duty there under. 23 There  are legal just limits to jurisdiction . 24  The employers the Plaintiff works for are domestic contractors in construction and are NOT included under the defined statement found on the I-9 form "Employers". 25 What is shown  on the form to be signed is restricted to  "only to employers" due to the wording use ( **include)**  26  under the CFR.  It further limits  upon the information within said document to be not required by natives born


citizens but the request for such information  is said to be voluntary including

SS# as stated on the from; lower left bottom paragraph of I-9 form.   27 However the form violated the federal law asking for SS# under USC title 42 chap 7 sec 408 sub a-8 and Public Law 93 -579 DEC 31 1974, 28 whereby the INS agents must disclose and give authorization on use of SS# or / information as to SS# or state optional , being voluntary or mandatory and why the information and how it will be used. 29 This is proven in one of the INS forms (**you must send to get** )on information about said forms which the Plaintiff will show. As fact, 30 Plaintiff further states persons who have a duty may have to sign the forms I-9 if required by INS laws, but native born citizenry are the **protected individuals** listed on the forms I-9. see **Meyer Vs Nebraska 262 U.S. 390, 399 (1923)** 31 also under a **affirmative defense** in pleading matter asserted by the Plaintiff when given a statement of citizenship to the employer Kennedy and Rossi INC. and the union of carpenters. Assuming the complaint to be true as Plaintiff gave personal documents this would constitute a legal defense to this law under 8 USC 1324 a (a) ( 3 ) in a good faith presentation. 32 This was Plaintiff's defense and the Plaintiff should not have been wrongfully discharged. without a hearing (formal ) 33 The document being A **statement of citizenship,** notarized, signed and dated, given to the Defendants on the day of hire to comply with reg 1-1441-5 and the INS I-9 form and an sworn and subscribed affidavit. should have been accepted 34


MGL doesn't require a native citizen of the state of Massachusetts republic to sign a I-9 form see

## A statute which either forbids or requires

Statutes which either forbid or requires the doing of an act in terms so vague that a man ( native born citizen ) of common  intelligence must necessarily guess at its meaning and differ to its application, violates the first essential of due process of law.  see **Connally Vs General Construction Co. ,269, U.S. 385, 391, (1926)** therefor the I-9 form and W-4 form has problems

1 , The I-9 form states that the required information is voluntary  an oxymoron

2,  The W-4 form must be in  voluntary compliance with for whom it is liable,

as in  **Economy Plumbing and heating co. Vs United States , 407f .2d 585 (1972**) *held that congress did not include non taxpayers*

*A taxpayer must be liable for the tax , merely demanding payment even repeatedly , does not cause liability* see **Boath Vs Terry f. 713.2d 1405 at 1414 (1983)**

---

–

## Requiring a Signature

On a government document see **Federal Crop insurance Vs Merrill , 332U.S. 380,** The supreme court ruled  *"whatever the from in which the*

*government functions , anyone entering into an agreement with the*

*government takes the risk of his authority , even though the agent himself may be unaware of the limitations upon his authority"* also see **Utah power & light Co Vs United States 243, US. 389.;: United States Vs Stewart , 311 Us. 60** Plaintiff would also wave his 5th amendment rights by signing W-4 documents and fears this could be used against Plaintiff in an administrative federal tax court whereby the subject matter is not ruled upon but is presented as truth to an employee status or common-law relationship under IRC. Plaintiff can not be forced to sign an IRS withholding agreement (W-4 ) or be forced to sign an I-9 form. Plaintiff has rights and without due process, can not be discharged from working or being allowed to work in his trade under the law of the land.

---

## On Interpreting Tax Statutes

**In Gould Vs Gould 245 U.S 11 at 153** *In the interpretation of statutes it is a established rule not to extend their provision by implication beyond the clear import of the language used , or to enlarge their operation so as to* **include** *or embrace matters not specifically pointed out ,* **in the case of doubt they are construed most strongly against the government and in favor of the citizen**
see **United States Vs Wiggles, 2 story , 369.fed.cas.no 16690: & American net & twine Co Vs Worthington 474, 141 U.S 468,474**

also **Treat Vs White , 181 U,S, 264 (1901)** *the citizen is Exempt from*

*taxation unless the same is imposed by clear and unequivocal language and that where the construction of a tax law is in doubt the resolved is in favor of the citizen.*   see again **Spreckels sugar refining CO Vs McCain 192, U.S. 397 (1904)** *in interpreting a statute a court should always turn to one cardinal canon before all others The court has stated time and time again that courts must presume that legislature says in the statute what it means and means in the statute what it says there ( not in case law ) when the words of a statute are unambiguous , then this first canon is also the last judicial inquiry is complete.* Also see **Conn national Bank Vs Germain . 503 US 249 (1992)**

---

–

## Pleading

## In propria persona

[ pro -se litigants ]

Allegations such as those asserted by Plaintiff , however inartfully pleaded , are sufficient to call for the opportunity to offer supporting evidence.   The court cannot with assurance that under the allegation of the Plaintiffs complaint, which must be held to less stringent standard than formal pleadings drafted by lawyers  see **Haines Vs Jerner 404 U.S 519 (1972)**

---

## Union agreement violation  sited ( only )
## with supportive case law

the plaintiff alleges that a de-facto policy of the defendants and local 107 to

employ threats , coercion , blackballing , refusing  referrals to work form the

union  hall by signatory contractors under the bylaws of NERCC section 33

By this above heremention  intimidation as a means to controlling its  union

members who claim to be Exempt in signing  / or on their w-4   further Art

Sisco agent of NERCC has continue to exempt Drury  and cause him to be

unemployed deliberately to deprive plaintiff of work  .and to be  not consider

due to this de-facto policy  w-4 issue , and art sisco agent of NERCC  has in

the past threaten Drury from even being a member he has threaten TO  "

throw him out of the union " on natgun job site where he demand Drury to be

discharge form employment  resulting form such  due to the same issue    this

is on going to date 04/06/04 refusing to perform his duties to allow said

plaintiff work within the union under the so called fair dispatch system under

bylaws of NERCC section #33 further section 2 of the said bylaws would

require the union to protection of the plaintiff of any illegal or unproper acts

committed to the member and provide legal means" proper

means against any injustice that may be done to Him as a member 'However

the plaintiff has file petitions and complaints and all have been judge not to

be heard or given creditability  also I

the plaintiff has ask for those Uniform rules under section 33 or procedure

for unemployed  however never to be answer in last 2 1/2 years


section 51 of the bylaws /Carpenters Constitution under section 1 , 5. 13,

however there is no reason to file such by plaintiff as it goes unheard or no

action is held  this is held in secret  before themselves

The union defendants can be sued for breaches of duty of the fair representation is clear to the plaintiff and will be proof to a court of law the existence of the LMDA or 301 limitation have no bar to the plaintiff seeking judicial relief for breaches  of duty of fair representation  or use of dispatch system see **VaCA vs Sipes 386 U.S. 171 (1967)  Alexander Vs Gardner-Denver, co 415 U.S. 36 (1974)  Graham vs Quincy food service . 407 Mass 601 (1990) :  Abrams Vs Carrier Corp 434 F.2.d 1234 (2nd .CIR 1970**  these cases and their progeny stand for the proposition that the pre-emption doctrine does not apply to cases where issue of arbitrary and discriminatory union conduct exist  and god the plaintiff prays that you see this as he is at wits end and have exhaust all remedies **Graham vs Quincy food service , 407 mass 601 ,606 (1990)**  The supreme court has rule that general arbitration  grievance clauses in CBA do not preclude resort to the courts where the plaintiff failed to exhaust arbitration  however the plaintiff did in fact file such grievance and it was the union and its agents who fail and frankly halted the motion for plaintiff to be heard  The procedures for relief are discharge by the union board and its agents  however the plaintiff can and does file this court law suit on behalf of title IIV of the civil rights act of 1964  citing  **Alexander Vs Gardner-denver .co 415 U.S. 36 (1974)**  high court decided arbitration rules upon employees claims under Statutes see **Mcdonald Vs Westbranch 466U,S 284 (1984)** claim under 42 USC 1983 ; **Barrentine vs Arkansas-best freigh system. ing 405 U.S 728(1981)** claim under fair labor act standards act 29 USC ss210   **Wright  vs Universal Maritime services corp  et al (1998)** claim under Americans with disabilities act . the CBA ( carpenters agreement ) fail to provide for

much of a grievance and arbitations procedure  see section 1 , 2.doesn not

preempt the plaintiff form seeking judicial relief under the Massachusetts

civil rights act . the clauses are in fact silent  on

1 malicious interference of union carpenters right to work

2 conspiracy to malicious interfere with a union members working within

union signatory contractors

3 interference with the members right secured by art 1 of the Massachusetts

declaration of rights

4 rights of members under art 16 of Massachusetts declaration rights

5 union members rights under federal constitutional rights

6 the CBA carpenters agreement does not speak on the issue of disputes

between union members in it self or individual union members and the union

itself ,

Therefore the reasoning in the defendants reply to plaintiff complaint should

as to plaintiffs not filing complaints within the union is an outrage and its so

outrageous in character of an union that they the agents should be discharge

and ban form ever being  union reps clearly its lies and untrues presented to

the court  by the lawyers  and not sworn to and should carry no honor of fact

as to emotional  distress and or recklessness the union  knows and doesn't

care of the plaintiff and is there conduct that should be tested  see **Mello vs**

**stop and stop companies Ing 402 mass 555 562, (1988)**  and as to privacy

issue the plaintiff sites **Bratt vs International Business Machine Corp 392**

**mass 508, 519, (1984)**  as to responsibility for communication  as to citizen

working within the NERCC  union  they are agents of such , see **Bratt, at**

**518 and Cort vs Bristol -myers co 385 mass 300 ,307 -308 (1982)**

—

**The basis of the  NERCC , union local 107  agents of and defendants**

**Kennedy and Rossi Ing**

**Motion to Dismissal is Frivolous**

None of the federal cases cited or excuses used by the defendants support the proposition that the plaintiff has not stated a claim under which relief can be granted see **United States Vs Hogan 861 f,2d 312(1st cir (1988)**

**United States Vs Connor 898 f.2d 987, ( 3rd cir 1990 ) United States vs King ,126 f .3d 987 (7th cir 1997)**

---

**Conclusion**

For the foregoing reasons the motion to dismiss and vacate all documents filed by the plaintiff including information on beliefs should be denied and plaintiff documents filed  should be allowed by the court and the court should impose sanctions on each of the counsel for defendants for disruptions in state level . the motion for dismissal form defendants should be dismiss

**Jury Demand**

Now Comes  Plaintiff Steven Roland Drury and hereby  demands a trial by jury on all  subject matter , questions and facts as to the issue herein set forth and that the docket be corrected to state these set facts i Drury is in propria personal  2 cause is not labor management disclosure act  but is 3 civil rights and 4 wrongful discharge and  5 failure to representation by union  and 6 and the sum $ is 1 million dollars under lawful money art 1 section 10 united States of America

_respectfully submitted

Steven Roland Drury

In propria personal

04 / 7 /04

Steven Roland Drury

c/o 19 Drury Lane

Templeton , Massachusetts republic

federal postal zone Only info p.o. zip [01468]

### proof of service

I Steven R oland Drury did send a true copy of this motion to the Worcester

federal Court and to lawyer firm Krako & Souris LLC 225 friend St. 5th fl

Boston mass 02114 c/o Mr. Souris and to Mr. Liam T O Connell on behalf

of Kennedy and Rossi C/o to Holland & knight LLP 10 St. James avenue ,

Boston , Massachusetts 02116 on this ⁊⁊ date of our lord in year of 2004

and MO .of April