**UNITED STATES Federal DISTRICT COURT** FILED CLERKS OFFICE
**Worcester , MASSACHUSSETTS**
*************************************************** APR 28 P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

Steven Roland Drury                                    )    Case Number
**"Plaintiff"**                                        )    C.A.no.03-11422-mlw
                                                       )
                                                       )
*VS*                                                   )
                                                       )  Emergence Motion
The New England Regional Council of Carpenters         )  for preliminary
Local 107, Thomas Harrington,                          )  Injunction
Art Sisko, Simon James, and Kennedy and Rossi Inc.     )  Rule 65, 4, 7
                                                       )

**"Defendants"**
***************************************************************************

1 , Plaintiff (presently ) re-introduce form state record and evidence , sent
Documents to the court on record in files
this Motion under emergence due to the presents likelihood of irreparable injury to
plaintiff which continues to date by defendants Further , plaintiff wishes to perserve
the interlocutory nature of the documents filed

2

_____

Now comes the plaintiff to demanding  his constitutional rights , under common law
plaintiff understands he is to be in a Artlcle 3 Common law court whereby plaintiff
perserveing all his  Constitutional rights  plaintiff informs the court that he  waves No
Rights and has no accepted jurisdiction due to defendants moving said court to federal
level The plaintiff request a preliminary  injunction  hearing over the subject matter
voluntary w-4 and SS# Given to whom under what law and the athority of union agent to
withhold job refurrals due to such matters herein  The plaintiff wish the court to supplie
summons numbering four and a court date  to re= issue such as the state lower level;

the plaintiff wishes and request such[ see cohen Vs price commission, DCNY, 337 F.
Subb 1236 1239 ]    Plaintiff at the welm of the defendants who work in concert

are forgoing refurrals form the hall to signatory contractors prohibiting the plaintiff work within the union Plaintiff demands to be heard on this matter > and given time to enter more proof at lease 30 days after the ruling allowing this said hearing matter

### Proof of Service

Steven R Drury, on this day of april 27 , 2004 now certify that I caused a true and correct copies of the forgoing to be sent on the above date here shown to , Holland & Knight , 10 James St., Boston MA 02116 and Krakow and Souris 255 Friend St Boston , MA 02114 and the Federal District Court, Boston MA, by USPS regular mail.

to the lawyers C/o Liam T, O Connel and Christopher N Souris

Steven Roland Drury

04/27/04