# UNITED STATES Federal DISTRICT COURT
## Worcester, MASSACHUSSETTS

*********************************************************

Steven Roland Drury ) Case Number:
**"Plaintiff"** ) C.A.no.03-11422-mlw
)
)
vs )
) Emergence Motion
The New England Regional Council of Carpenters ) for affidavit Indigence
Local 107, Thomas Harrington, ) under the rule of FRCP
Art Sisko, Simon James, and Kennedy and Rossi Inc. ) Rule 4,
) GLc 261 274-276,

**"Defendants"**
*********************************************************

1, Plaintiff (presently) re-introduce form state record and evidence, sent
Documents to the court on record in files
this Motion under emergence due to the presents likelyhood of irreparable injury to
plaintiff which continues to date by defendants Further, plaintiff wishes to perserve
the interlocutory nature of the documents filed

2

---

Now comes the plaintiff to demanding his constitutional rights, under common law plaintiff understands he is to be in a Artlcle 3 Common law court whereby plaintiff perserveing all his Constitutional rights plaintiff informs the court that Drury waves No Rights and has not formally accepted jurisdiction of this federal court, due to defendants moving said court to federal level drury demand proof of said jurisdiction over his person and the acts, However....The plaintiff request under the rules allowed for Indigence That the court accept this affdavit included to wave all fees for summons and costs for the hearing over the subject matter **voluntary w-4 and SS#** within his motion for hearing for **preliminary injunction** upon the said defendants and signatorys under said NERCC contracts and that the hearing address to whom under what law and that the defandant show cause and there authority to withhold job refurrals and force signature on said

documents which may include or SS# due to such matters herein The plaintiff wish the court to supplie summons numbering four and a court date to re- issue such as the state lower level courts allowed in this case and to include all sent documents at said hearing to be held for the plaintiff defence and that bsuch be held to interlock with his case in civil court as a matter of law and proceedure

the plaintiff wishes and request such[ see cohen Vs price commission, DCNY, 337 F. Subb 1236 1239 ]   Plaintiff at the welm of the defendants who work in concert

are forgoing refurrals form the hall to signatory contractors prohibiting the plaintiff work within the union Plaintiff demands to be heard on this matter > and given time to enter more proof at lease 30 days after the ruling allowing this said hearing matter

The plaintiff is in fact an Indigent citizen of the Commonweath of massachusetts republic and so states here under purjury laws that he is intitle to such waving or court cost and wishes the court to wave the said cost of summons and that summons be allowed to be given by reg mail return and that said green cards then be given to court for notice as allowed by statue The plaintiff request the court to move and set a date for such hearing after notice of summons have been collected and or return form defendants

Motion allowed _____ Motion Denied _____

### Proof of Service

Steven R Drury, on this day of april 27 , 2004 now certify that I caused a true and correct copies of the forgoing to be sent US mailed SRd on the above date here shown to , Holland & Knight , 10 James St., Boston MA 02116 and Krakow and Souris 255 Friend St Boston , MA 02114 and the Federal District Court, Boston MA, by USPS regular mail.

to the lawyers C/o _Ian T O'Connell_ and _Christopher N Souris_ of both lawyer firms herein stated . on this date _04/27/04_

_____
Steven Roland Drury

04/27/04