united States of America
District Court in and of the ( within and without )the Commonwealth of Massachusetts, republic

Steven Roland Drury
complainant.

C.A No. 03-11422-MLW

Vs

1 Motion to split the case .
2 Motion to void all defendants motions due, to, unsign by said defendants

FILED IN CLERKS OFFICE

The New England Regional Council of Carpenters
Carpenters local 107 , union no. 107
Thomas harrington (personal cap.)
Art SisKo ( personal .cap )
Simon James (personal cap)

### Motion 1 to split the cases into two

1 plaintiff wishes to motion the court to split this case into two cases Union defendants as one and the company known as kennedy and rossi as another and that docket reflect such change as of 05/01/04 due to the removal the plaintiff pleading reflect a state jurisdiction due to all act happen within the state enclave
not federal and the personal jurisdiction is all in the state of the commonwealth of Massachusetts the plaintiff request to split the case into two cases

### Motion 2   for dissmissal of all unsupportive documents file within the court

2 The plaintiff request that the court seek true affidavits when defense lawyers referral come to state the defendants will or comments and that they sign all documents when address the court as they are on trail here not the lawyer however the plaintiff has given notice that he shall call the lawyers firm to witness box and ask for documents of such and this is a confection matter as the plaintiff is member of the union and paying for such lawyers against him  the case is holding the defendants on a personal level as well as there capacity within the union  , The union does not want this case to move forward and wants to dismissal on the matter  I Steven R Drury being the complainants objects to the following
complainant objects to following 0-15 use of
0 federal jurisdiction not proven, in light of moving the case to federal court ( plaintiff doesn't agree )
1 The lawyer references , are without true affidavit , without BBO numbers ( in most cases ) and filed in the name of the defendants and herein are not sign by them
2 This statement in pleading by lawyers  that would seems to restrict the plaintiff right to file documents with the court ?  Is an outrageous request  by the lawyers for the defendant and is void by its nature
3 The defendants reference to the federal law and regulation to employment forms in IRC is objected too
4 The defendants answer to the issue on the injunction matter as to the reasoning is objected too
5 The defendants answer having stated  3402 issue found in sub- title C not A or chap 24 is object too
6 The use of my name in all caps  is objected too its spell Steven Roland Drury its misnorma ( a fiction )
7 A confliction of interest in lawyers  firm for defendants under Christopher N Souris ESQ , is object too plaintiff is paying for the defence lawyers in dues moneies as well as plaintiff shall call such firm to witness box and will motion the court for documents that will be protected under law if they are allowed to keep such lawyer and this will cause an unfair advanage to the defendants ( union defence)
8 The jurisdiction of this court on the  personal jurisdiction of plaintiff  said citizen (of massachusetts ) is not agree too as the  defendants have claim    . **defendants need to   give proof of such s to support there removal to the federal court )**

9 Christopher N Souris ESQ < statement that the whole matter should be dismiss due to his address the matters in his brief and answer to the complaint as a matter of law which is framed wrongly and applied not to reflict the income tax title in chapter 24 ( income tax ) and doesn't applie in the reg to myself in its nature as to income tax matters under the code a citizen is to file under 1-1441-5 a statement of citizenship under chapter 3 of 24 and under subtitle C 3402 N and other regs I shall persent to the court shall allow a citizen to file a lieu of w-2 form created by the employee to give to his employer within the 50 states and without the united States, Christopher N Souris wants the court to rule on his brief and dissmissal this should not be relied upon as matter of facts plaintiff objects too such the code under subtitle C not A income tax chapter 24 is use by Mr Souris The 3402 issue are under employment taxes in subtitle C and are voluntary to wit withholding agreement is to be sign the regs support that and employer and employee must have a contractal relationship to withhold . the employer does not have the right to discharge a citizen for not signing or claim anything about such it does not fall within the rights of the employer . however Mr souris thinks it does , and his firm instructs the union too pervent members form working as this state ment is hear say it comes form Art sisko

10 the word **employee** as used in there pleading in reference to the code)IRC plaintiff object too

11 the word **employer** as used in there pleading in reference to code (IRC plaintiff object too

12 the word **wages** , as used in there pleading in reference to the code (IRC plaintiff objects too

13 In matter unfair dispatch system within NERCC and local 107 issue in the injunction matter plaintiff would object to not being allowed such court time to be heard as an emergency motion

14 the motion to defer plaintiff motions and action within the court (as matter of right ) under common law and constitutional rights as well as bill of rights and statue in-law as well all support plaintiff right to file motions and other documents this also is objected too by the plaintiff and he reserved all his rights under the forgoing

15 A motion by the plaintiff wishes to split the case into two court cases notice hereby given to court

---

### plead for help as matter of right
### to use the court as remedy

The [plaintiff Steven R Drury (in propria personal ) Come Now to demand the court for a date for such right to an fair injunction hearing before the court on the subject matter The plaintiff is being continue punishment( ongoing by the defendants ,union leadership mainly art sisko) and there unfair dispatch system and the hall of local 107 which is not given fair referral the plaintiff ( Steven R Drury ) A member in good standing who has acted in good faith and all along acting within the by laws within the union but who has suffer over the years and due to work related issue has great losses including stress , having been kelp ( poor)due to the union advice by there lawyers whereby no one could support themselves under the history of work / hand outs within the union this member is under further
that the union has and continues to punish and try to remove this member and keeps the member silent
The union has cause this member by not given him the livelihood given to others and new members intake without considerations to old members within the union and the plaintiff will request all record's to proof this . The lawyers for our union being that of Christopher n souris firm
I further move the court to banish the lawyer firm form this case defending union and leadership agents due to confection of interest
I have emergency situation there is NO job opportunities form the union The union refuses to entertain work or complaints filed by this member , The union lawyer firm here defending within is advising the union in all matters . plaintiff will have to cross this lawyer firm as they advise the very contract we members work I do not question the contract other then what is states its the meaning they support that is not stated in the contract , please give this citizen of Massachusetts republic a remedy and his right to have a decision in a injunction matter

## Conclusion

The plaintiff file this action in the SJC of State of Massachusetts whereby court case belongs and due to the moving and untimely delays by the defendants lawyers in moving the case to federal court and in process changing the nature and cause of this action And including my own problems, I filed this action again to address the matter s within the court in federal jurisdiction even as I have not been provided by defendants there proof that this case belongs in federal court, because of the ongoing matters between myself and the union which policy is violating my rights agents as art sisko are stopping or not given this member work, the work of this member the union has stop over 2 1/2 years there can be no other excuse other then discrimination of this members rights as a citizen and member in good standing within the union UBC, local 107

the union is discriminating against this member, lets Us not further harm the plaintiff LET HIM BE HEARD

and further order or/ stop the defendants lawyers and defendants form further harm of this plaintiff right to earn a livelihood within the union, The Union s motions or action are unwanted and unsupportive by the defendants all

without sworn statements provide for by the defendants The lawyers statements are just that < the plaintiff could and will not assume they have acted within there interest without said proof in affidavit form

the plaintiff ask that all unsupportive motions be stricken form the record and cause to be null and void due to not signing and comforming to plain honest statement back by signature as required by the court rules any of the pleading brought forth by the defendants lawyers should be consider

Steven Roland Drury   May 3 2004

proof of service

I Steven Roland Drury did cause to send the forgoing to all defendants lawyers and the court as follows by US mail on this day ___ in the year 2004  Christopher N Souris 225 friend street Boston Ma. 02114 & Liam T .O Connell < lawyer firm of Holland & Knight LLP 10 st James Avenue Boston, Ma, 02116 for kennedy and rossi
and to federal court in worcester
and to the federal court in worcester ma .