Letter and demand
question
to: Krakow & Souris llc 225 friend street
Boston Massachusetts, 02114

Please be advise That this party Steven Roland Drury is requesting and demanding your interpretation of your < defendants pleading as to the reference to the carpenters agreement which states in part as follows That" **Carpenters shall not have to sign pre-hiring documents unless require by state and federal law\*\*\*** " please include what forms this statement is talking about and to whom it applies please include all documents given referral in this statement above as there is no document stated within the sentence < I ask this under the rules of the court That you have use in past to inform me that WE must have try intercourse first before asking the court to interfere as to this question is use in your pleading you do not defined the meaning I ask you as of this date to answer in a timely manner you have 10 days as of June 30 2004 one fax was sent to Mr Souris and one to the firm Holland & knight case # 03-1122- 03-1065b NERCC and agents & union local 107 and kennedy and rossi

This letter and demand was sent out by fax on this day of June 30 2004 That I Steven R Drury sent such under the perjury laws of the U,S C and that a copy shall be sent to the U.S court in worcester

This Letter the New Judge should Read. As this Question is the IN part Balance of the Case. However UNION agents will not allow me To work. within the UNION they Refuse. as of 3 years see pleading kennedy & Rossi Document, sign ARK SISKO.

I need AN interpretation Judge order. Steven R Drury