united States District Court

District of Massachusetts republic

Steven Roland Drury    plaintiff

VS

Defendants

The New England regional Council of Carpenters,

Carpenters local 107 Mr .Art Sisko (in his personal compacity

Simon James (and his personal compacity )

Thomas Harrington (in his personal compacity )

Kennedy & Rossi , Ing and owners ( not known )

defendant ,

**motion for amendment**

**correct docket #**

4:03 Cv -11422

FDS

---

Now Comes the plaintiff to instruct and request , the court to correct the docket due to the venue change and jurisdictional move the docket has been Change

1  Demand for $ is wrong

Correct it should state ,

Damned for lawful Money for damages is in the amount of 1,000,000,000 or left to jury to decide

2 Relate Case/ case in other courts  <  There is another case file in the state over the same issue with another member    against the same defendants

3 Cause is NOT Labor Management Disclosure ACT

the correction is to be  one of Constitutional and civil rights as well as wrongful discharge title 18 241, 242, 245, and peonage violation of 13 amen of U.S Constitution  union interference with civil rights

and failing to represent member as well as punishment for exercising  rights by union and signatory employers , are just some of the issue at hand as well as others

4 nature of the suit is as above . but in a word **Constitutional** / civil

correction should read Constitution

5 reporting wrong

correction lawsuit

6 jurisdiction ( federal question ) is objected too

correction is Authority < the question are all ready answered within the CFR and law

the issue here is the act on which the defendants relied are no sound within the law


Steven R Drury represented by Pro se is wrong

correction should read Steven Roland, Drury represent by In propria persona " in one own

proper person "not admitting jurisdiction " over his person

_____

Certificate of service


I Steven Roland Drury hereby certify and swear that I sent a copy of this the forgoing

document , correction to docket to the following on this day 13 in July in the year 2004 by

reg. mail # using Us mail

7099 3400 0016 2384 0394

_____tto lawyer firm known as Krakow, Souris LLC 225 friend street 5th floor

Boston , ma 02114 and lawyer firm known as Holland & knight , LLP  Liam  T  O Connell

Esq. 10 St. James avenue , Boston , ma 02116

and to the federal district court in worcester ma, venue ,

_____

Steven R Drury  July 13 2004