UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Steven Drury,**
          **Plaintiff,**

          V.

**The New England Regional**
**Council of Carpenters,**
**Carpenters Local Union No. 107,**
**Thomas Harrington, Art Sisko,**
**Simon James, and Kennedy & Rossi, Inc,.**
          **Defendant,**

CIVIL ACTION

NO. <u>03-11422-FDS</u>

## ORDER OF DISMISSAL

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Order dated <u>7/28/04</u>, allowing the defendants' motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>   7/28/04   </u>                        <u> /s/ Martin Castles  </u>
    Date                                Deputy Clerk

(Dismmemo.ord - 09/92)                                              [odism.]